# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DIRECTORS GUILD OF AMERICA, INC., <br><br> Petitioner, <br><br> v. <br><br> SUPERSTITION DOG WITH A BONE, INC., AND GLOBAL RENAISSANCE ENTERTAINMENT GROUP, INC., <br><br> Respondents. | CASE NO. 2:18-cv-02719-CAS (SKx) <br><br> [~~PROPOSED~~] **ORDER AND JUDGMENT GRANTING PETITION TO CONFIRM ARBITRATION AWARD PURSUANT TO SECTION 301 OF THE LMRA, 29 U.S.C. § 185** <br><br> Date: June 25, 2018 <br> Time: 10:00 A.M. <br> Courtroom: 8D <br> Presiding Judge: Honorable Christina A. Snyder <br> Action Filed: April 3, 2018 |

The Court, having considered the Petition to Confirm Arbitration Award filed by Petitioner Directors Guild of America, Inc., hereby grants the Petition. IT IS HEREBY ORDERED, DECREED AND ADJUDGED that:

1. Arbitrator Barry Winograd entered a final and binding arbitration award dated February 9, 2018 (the "Final Award") in the arbitration pending between Petitioner and Respondents Superstition Dog With A Bone, Inc., and Global Renaissance Entertainment Group, Inc.;

2. This Court hereby confirms the Final Award pursuant to Section 301

of the Labor Management Relations Act, 29 U.S.C. § 185;

3. This Court hereby enters Judgment in accordance with the terms of the Final Award.

Date: July 5, 2018

IT IS SO ORDERED

*Christina A. Snyder*

Honorable Christina A. Snyder
United States District Court Judge